UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **SHELLY L. FLOOD, et al.,** ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | |
| v. ) | No. 1:12-CV-00105-GZS |
| ) | |
| **BANK OF AMERICA** ) | |
| **CORPORATION, et al.,** ) | |
| ) | |
|     **Defendant** ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

      The United States Magistrate Judge filed with the Court on July 24, 2013, her Recommended Decision (ECF No. 70). Plaintiffs filed their Objection to the Recommended Decision (ECF No. 73) on August 16, 2013. Defendants filed their Objection to the Recommended Decision (ECF No. 76) on August 16, 2013. Plaintiffs filed their Response to Defendants' Objection to the Recommended Decision (ECF No. 77) on August 30, 2013. Defendants filed their Response to Plaintiff's Objection to the Recommended Decision (ECF No. 78) on September 3, 2013.

      I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 60) is **GRANTED IN PART** by dismissing Counts One and Two and **DENIED IN PART** as to the claims of Plaintiff Keri Flood.

/s/George Z. Singal_____
U.S. District Judge

Dated this 9th day of September, 2013.